facts constitute the good cause required under the statute to permit the Director to utilize the sources of information in subsection 2 for the examination. Thus, we find that the Director had an adequate basis to make a determination of good cause and that the circuit court erred in ruling otherwise. *Pous,* 998 S.W.2d at 133. Accordingly, we reverse.

EDWIN H. SMITH, C.J., and VICTOR C. HOWARD, J. concur.

for post-conviction relief without an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. *Rule 84.16(b).*

---

**Gregory KRAHENBUHL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65221.**

Missouri Court of Appeals,
Western District.

April 11, 2006.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, THOMAS H. NEWTON, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

PER CURIAM.

Gregory Krahenbuhl ("Appellant") appeals the denial of his Rule 24.035 motion

**Marcus L. BRUMMALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65166.**

Missouri Court of Appeals,
Western District.

April 11, 2006.

Rosalynn Koch, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, Judge, and PAUL M. SPINDEN, Judge.